# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

133829

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

In Re Estate of DORIS RUTH MILES,
Deceased

_____

GILBERT J. MILES, STEPHANIE
MILES, and EVAN MILES,
Co-Personal Representatives of
the Estate of Doris Ruth Miles,
          Plaintiffs-Appellees,

v

SOLEUS HEALTHCARE SERVICES
OF MICHIGAN, INC., ABC
MEDICAL SUPPLY, INC.,
PROFESSIONAL BREATHING
ASSOCIATES, INC., and IRB
MEDICAL SUPPLY COMPANY,
          Defendants,

and

STAFF BUILDERS HOME HEALTH
CARE, INC.,
          Defendant-Appellant.

_____/

SC: 133829
COA: 270033
Lapeer CC: 03-032528-NO

      On order of the Court, the application for leave to appeal the March 27, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008

                       Clerk